# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

NEELAM UPPAL,

Petitioner,

v.

LAS PALMAS CONDOMINIUM ASSOCIATION; WISAM MOHAMMAD HADAD; YHL CAPITAL, LLC; JENNIFER ZIELINSKI; SENTRY MANAGEMENT, INC; UNIVERSAL PROTECTION SERVICES, LLC; THE BANK OF NEW YORK MELLON; and NATIONSTAR MORTGAGE, LLC.,

Respondents.

No. 2D2025-2440
_____

April 22, 2026

Petition for Writ of Certiorari to the Circuit Court for Pinellas County; Rebecca L. Hamilton, Judge.

Neelam Uppal, pro se.

Jason Michael Azzarone of LaCava Jacobson & Goodis, P.A., Tampa, for Respondents Las Palmas Condominium Association and Sentry Management, Inc.

Charles Gallagher of Gallagher & Associates Law Firm, P.A., St. Petersburg, for Respondents Wisam Mohammad Hadad and YHL Capital, LLC.

No Appearance for remaining Respondents.

PER CURIAM.

Dismissed.

KELLY, KHOUZAM, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.